UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

FERGUSON, JOHN EARL

          Debtor.
_____/

Case No. 09-54768-WS
Chapter 7
Judge: Walter Shapero

## Notice of Unclaimed Dividend

TO THE CLERK OF THE COURT:

The attached check in the amount of $34.61 represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 USC 347(a). The name of each of the parties entitled to these unclaimed dividends is as follows:

Creditor Name: RBS Citizens      Claim No.: 6      Dividend Amount: $34.61

Dated: 06/10/2010

/s/ Douglas Ellmann
Douglas S. Ellmann, Trustee
Ellmann & Ellmann, P.C.
308 West Huron
Ann Arbor MI 48103
(734) 668-4800
dse@ellmannlaw.com